THE HONORABLE MICHELLE L. PETERSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH DRIES, an individual,<br><br>                              Plaintiff,<br><br>          v.<br><br>SPRINKLR, INC., a Delaware corporation,<br><br>                              Defendant. | Case No. C20-47-MLP<br><br>PRETRIAL ORDER |

## I.  JURISDICTION

Jurisdiction is vested in this Court pursuant to federal law (42 U.S.C. § 12101 *et seq.*, 42 U.S.C. § 2000e et seq., 31 U.S.C. § 3730(h)) under 28 U.S.C. § 1331, and this Court has supplemental jurisdiction over Plaintiff's related state law claims under 28 U.S.C. § 1367.

## II.  CLAIMS AND DEFENSES

### A.    The Plaintiff's Claims

1.  Defendant failed to pay wages to Plaintiff in violation of the Wage Payment Act, RCW 49.48.010, and the Wage Rebate Act, RCW 49.52.050.

2.  Defendant terminated Plaintiff's employment for reasons that contravene Washington public policy.

### B.    Defendant Sprinklr, Inc.'s Defenses

1.   Plaintiff failed to mitigate his alleged damages and otherwise avoid consequences.

2.  A bona fide dispute exists over the wages plaintiff claims to be owed, precluding Plaintiff from being entitled to exemplary damages under RCW 49.52.050 and .070.

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

3.   If the jury concludes that any protected activity motivated, even in part, any employment decision challenged by Dries, which Sprinklr expressly denies, Sprinklr affirmatively states that the same decision would have been made without consideration of any protected status or activity.

### III.   ADMITTED FACTS

The following facts are admitted by the parties:

1.   Sprinklr, Inc. is a Software as a Service (SaaS) company.

2.   Sprinklr's technology allows enterprise companies to monitor and engage with their customers on social media.

3.   On August 23, 2019, Sprinklr terminated Plaintiff's employment.

### IV.   PARTIES' CONTENTIONS

**A.   The Plaintiff contends as follows:**

Plaintiff will set forth its contentions in its Trial Brief.

**B.   The Defendant contends as follows:[1]**

1.   Microsoft is Sprinklr's largest customer.

2.   Sprinklr dedicates a team of people to service Microsoft.

3.   The Microsoft team at Sprinklr is composed of Sales, Success, Solutions, Managed Services, and Alliances.

4.   Customer retention is critical to Sprinklr.

5.   Sprinklr seeks to maximize that retention by developing and maintaining "champions," who are key employees at a customer who advocate for Sprinklr.

6.   A champion is a person at a client, customer, or target who advocates for the client, customer, or target to use Sprinklr's services/products.

7.   A champion is essential to Sprinklr's ability to close a deal.

8.   A champion is the most important factor to winning a deal.

---

[1] Sprinklr will also set forth contentions in its Trial Brief, but includes the following contentions, which Sprinklr believes are not reasonably in dispute.

PRETRIAL ORDER - 2
(Case No. C20-47-MLP)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

9.     Sprinklr hired Plaintiff on September 28, 2018, specifically to manage the sales component of the Microsoft relationship in part because of his experience working at Microsoft.

10.    Shortly before Sprinklr hired Plaintiff, Sprinklr signed a two-year contract with Microsoft.

11.    That contract was set to expire in the spring of 2020, and Sprinklr hired Plaintiff to help ensure that the Company won that renewal.

12.    Plaintiff's initial title was Senior Account Executive, but that changed to Global Strategic Account Executive ("GSAE") in January 2019.

13.    He reported to Tony Clayton, then-Director of Sales for the Pacific Northwest.

14.    Mr. Clayton and Plaintiff were friends before and during Plaintiff's employment with Sprinklr.

15.    Mr. Clayton helped Plaintiff during his interviewing process by providing him tips for interviewing with Sprinklr decision makers.

16.    Mr. Clayton reported to Joe Eskenazi, Vice President of Sales for the West Region. Eskenazi reports to Paul Ohls, Senior Vice President of Sales for the Americas.

17.    On or about March 21, 2019, Sprinklr changed Tony Clayton's role from Director of Sales to Account Executive.

18.    After Clayton became an Account Executive, Plaintiff started reporting directly to Eskenazi.

19.    After Clayton became an Account Executive, he continued working on the Microsoft account.

20.    When Eskenazi began directly managing Plaintiff, he reviewed Plaintiff's account plan and activities to determine what Plaintiff was doing to achieve his performance goals.

21.    Part of the way Sprinklr managed Plaintiff's performance was through MBOs or Managed By Objectives.

22.    Sixty percent of Plaintiff's variable compensation was tied to MBOs.

23.    This involved three components, NBMs (new business meetings), Champions, and Consumption.

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

24.     NBMs referred to setting up and attending meetings with people at Microsoft with the goal of developing new business for Sprinklr.

25.     Champions referred to Plaintiff developing new Sprinklr champions within Microsoft.

26.     Consumption referred to increasing the usage of Sprinklr products within Microsoft.

27.     The intent behind hiring Plaintiff and assigning him to Microsoft—where Plaintiff had previously worked—was to generate "new business meetings and get new champions" within the account.

28.     In early 2019, Microsoft approached Sprinklr about renewing in the spring of 2019, instead of 2020.

29.     This was a tremendous opportunity for Sprinklr worth tens of millions of dollars.

30.     Sprinklr's champion at Microsoft was and is Program Manager Tyler Smith.

31.     In other words, Smith was the "stakeholder" or "contract owner" for Sprinklr at Microsoft.

32.     Christina Mara and Dayton Blankenship were assigned to the Success Team on Sprinklr's Microsoft team.

33.     They had worked closely with Smith since before Plaintiff joined Sprinklr, knew him well, and had a strong, positive relationship with him.

34.     Smith began complaining to Mara and Blankenship about Plaintiff as early as December 2018.

35.     The complaints involved things like: Smith knowing more about Sprinklr's product than Plaintiff; Plaintiff derailing meetings; Plaintiff failing to expand Sprinklr's presence within Microsoft separate and apart from Smith; and Plaintiff falsely stating in a Sprinklr meeting that Mr. Smith saw no value in Sprinklr.

36.     Clayton corroborates Mara and Blankenship regarding complaints received from Smith about Plaintiff.

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

37.     Beginning around March/April 2019, Smith began suggesting to Mara and Blankenship that he wanted Plaintiff off of the Microsoft account.

38.     Clayton observed Plaintiff's performance throughout most of 2019.

39.     Mara and Blankenship informed their boss, Matt Jolley Director Customer Success, about Microsoft's complaints as well as their own complaints about Plaintiff.

40.     Every quarter, Sprinklr conducts a Quarterly Business Review (QBR) during which employees give a presentation to the entire region about the previous quarter's results and the plan for the upcoming quarter.

41.     Plaintiff presented at a May 7, 2019 QBR in Seattle.

42.     When Eskenazi questioned Plaintiff, Plaintiff responded defensively and in an unprofessional and disrespectful way.

43.     On May 8, 2019, Jolley informed Ohls about complaints about Plaintiff from Plaintiff's colleagues at Sprinkler and complaints from Microsoft.

44.     Ohls informed Simone Ruello (née Neilson) in HR and Lazzaron, Chief Revenue Officer about those complaints.

45.     After Ohls had informed Ruello and Lazzaron of the complaints about Plaintiff, Smith told Clayton he did not want to work with Plaintiff.

46.     As of May 14, 2019, Plaintiff had only one account, Microsoft, and he had yet to complete an account plan for Microsoft.

47.     Eskenazi and Clayton believed that if Plaintiff continued to lead the Microsoft renewal effort, the deal was in jeopardy.

48.     Sprinklr demoted Plaintiff from leading the Microsoft renewal on May 21, 2019.

49.     Sprinklr put Clayton in charge of leading the Microsoft renewal.

50.     The next day, May 22, 2019, Plaintiff contacted HR for the first time to discuss concerns about Eskenazi.

51.     Despite the May 21 demotion, Eskenazi believed that Plaintiff continued to be a problem on the account.

52.     Eskenazi continued to receive internal complaints about Plaintiff.

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

53.     On May 31, 2019, Smith followed up with Eskenazi by email asking Eskenazi if he had "a chance to sync internally on making some changes."

54.     After that email, Smith and Eskenazi spoke and Smith made clear he wanted Plaintiff off the Microsoft account.

55.     Because of the negative internal and client feedback about Plaintiff, Eskenazi removed Plaintiff from the Microsoft account on June 10 or 11, 2019.

56.     On June 11, 2019, Plaintiff sent HR a written complaint about Eskenazi.

57.     Plaintiff was concerned about losing his job at this point.

58.     Plaintiff was considering suing Sprinklr as early as May 2019.

59.     In May and June 2019, Plaintiff texted frequently with his friend and former colleague at Sprinklr Ryan Voss.

60.     Plaintiff was Voss's "confidant."

61.     Between May 24 and June 2, 2019, Plaintiff texted Voss, "I got joe by the balls and I'm going to find it if Tony is 👅 them shits on the side. I'm going fucking savage on them. Ask me what I spend my time on now – it's fucking your ass up joe e."

62.     Plaintiff was referring to Joe Eskenazi and Tony Clayton in these texts.

63.     Plaintiff first contacted a lawyer about suing Sprinklr on or about May 29, 2019.

64.     On June 27, 2019, Plaintiff stated to Voss in a text message, "Dood, tal[k] with HR – he can't fire you if you have a complaint."

65.     Plaintiff was referring to Joe Eskenazi in this text.

66.     Voss and Plaintiff expressed their dislike for Eskenazi by text, referring to him using profanity.

67.     Sprinklr closed the early renewal contract with Microsoft on July 27, 2019.

68.     This was the largest deal in Sprinklr history to date.

69.     Plaintiff was not on the Microsoft account at the time the renewal closed, nor had he been for almost two months.

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

70.     Under Sprinklr's Variable Compensation Plan ("VCP") and the incorporated Terms and Conditions Applicable to Sales, Success, and Services Incentive Plan only sales professionals on an account at the time of close are not eligible for commission associated with that account.

71.     After Sprinklr removed Plaintiff from the Microsoft account in early June 2019, Eskenazi believed Plaintiff should be terminated.

72.     Sprinklr did not terminate Plaintiff at the time he was removed from the Microsoft account.

73.     Instead, Sprinklr tasked Plaintiff with focusing on other accounts assigned to him after he was removed from the Microsoft account.

74.     Management did not believe that Plaintiff made sufficient progress towards objectives set for him on these other accounts.

75.     On August 20, 2019, Plaintiff requested a commission of $174,611.80 from Sprinklr's On Target Earnings team.

76.     Plaintiff did not notify Joe Eskenazi, Paul Ohls, or Luca Lazzaron that he made this request.

77.     Eskenazi recommended Plaintiff's termination in August 2019 and Ohls approved.

## V.     ISSUES OF LAW

**PLAINTIFF:**

Dries identifies the following issues of law to be resolved at trial:

1.     Whether Sprinklr's failure to pay all incentive-based compensation to Dries at the termination of his employment violated the Wage Payment Act, 49.48.010.

2.     Whether Sprinklr's failure to pay all incentive-based compensation to Dries at the termination of his employment supports an award of Dries' attorney's fees and costs under RCW 49.48.030.

3.     Whether Sprinklr's failure to pay all incentive-based compensation due to Dries constituted an unlawful rebate of wages under RCW 49.52.050.

4.     Whether Dries is entitled to exemplary damages and an award of attorney's fees and costs for Sprinklr's violation of the Wage Rebate Act, RCW 49.52.050.

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

5.      Whether Sprinklr's termination of Dries' employment because he complained about the failure to pay his incentive-based compensation violates Washington public policy.

**DEFENDANT:**

Sprinklr identifies the following issues of law to be resolved at trial:

1.      Regarding Plaintiff's claim for wrongful termination in violation of public policy, whether Plaintiff was exercising a legal right or privilege on August 20, 2019, when he requested to be paid a commission on the Microsoft deal.

2.      Regarding Plaintiff's claim for wrongful termination in violation of public policy, whether Plaintiff can prove that the sole reason motivating Sprinklr to terminate his employment was Plaintiff's request on August 20, 2019, to be paid a commission on the Microsoft deal, as opposed to other factors like Plaintiff's performance on the Microsoft and other accounts.

3.      Regarding Plaintiff's claim for wrongful termination in violation of public policy, whether the same decision affirmative defense applies, and if so, whether Sprinklr can prove by clear and convincing evidence that it would have terminated Plaintiff's employment regardless of whether he had requested a commission on August 20, 2019.

4.      Under RCW 49.48.010, whether Plaintiff can prove that Sprinklr failed to pay him a commission on the Microsoft deal that was due and owing to Plaintiff at the time of Plaintiff's termination from employment.

5.      Under RCW 49.52.050, whether Plaintiff can prove that Sprinklr willfully and with intent to deprive him of wages did in fact deprive Plaintiff of wages that Sprinklr was obligated to pay.

6.      Whether a bona fide dispute exists over the wages Plaintiff claims to be owed, precluding Plaintiff from recovering exemplary damages under RCW 49.52.050 and .070.[2]

7.      Whether Plaintiff can prove that he satisfied his duty to use reasonable efforts to mitigate damages or avoid consequences relating to his termination.

---

[2] This issue will be removed if the Court grants Sprinklr's motion to strike exemplary damages. *See* Dkt. 92.

PRETRIAL ORDER - 8
(Case No. C20-47-MLP)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

8.      Whether Sprinklr can prove that there were openings in comparable positions available for Plaintiff and Plaintiff failed to use reasonable care and diligence in seeking those openings.

9.      Whether Sprinklr can prove the amount by which Plaintiff's damages would have been reduced if Plaintiff had used reasonable care and diligence in seeking those openings.

## VI.      EXPERT WITNESSES

**A.      On behalf of Plaintiff:**

| NAME & ADDRESS | WILL TESTIFY OR MAY TESTIFY | AREA OF TESTIMONY |
|---|---|---|
| Eric Knowles<br>120 W. Dayton Street, Suite B9<br>Edmonds, WA 98020<br>Phone: (206) 860-9477 | Will testify | Plaintiff's alleged economic loss |

**B.      On behalf of Defendant:**

| NAME & ADDRESS | WILL TESTIFY OR MAY TESTIFY | AREA OF TESTIMONY |
|---|---|---|
| Shelley Lewis<br>Owings Lewis LLC<br>1201 Pacific Ave #600<br>Tacoma, WA 98402<br>Phone: (253) 203-3298 | Will testify | Reasonableness of plaintiff's mitigation efforts, available comparable job openings. |
| Peter Nickerson<br>520 Pike St., Suite 1200<br>Seattle, WA 98101<br>Phone: 206-332-0270 | Will testify | Plaintiff's alleged economic loss |

## VII.      OTHER WITNESSES

The names and addresses of witnesses, other than experts, to be used by each party at the time of trial and the general nature of testimony of each are:

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

**A.    On behalf of Plaintiff:**

| NAME AND ADDRESS | WILL OR MAY TESTIFY | AREA OF TESTIMONY |
|---|---|---|
| Joseph Dries<br>c/o Corr Downs PLLC<br>100 Harrison Street. Suite N440<br>Seattle, WA 98119 | Will Testify | Dries is generally knowledgeable about the topics raised in the Complaint. |
| Joe Eskenazi<br>c/o Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101 | Will Testify | Mr. Eskenazi is anticipated to testify regarding Dries' compensation, the work he performed, the non-payment of his commissions, the termination of his employment, and all related issues. |
| Paul Ohls<br>c/o Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101 | Will Testify | Mr. Ohls is anticipated to testify regarding Dries' compensation, the work he performed, the non-payment of his commissions, the termination of his employment, and all related issues. |
| Josh Martin<br>c/o Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101 | May Testify | Mr. Martin is anticipated to testify regarding Dries' compensation, the work he performed, the non-payment of his commissions, the termination of his employment, and all related issues. |
| Tony Clayton<br>c/o Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101 | Will Testify | Mr. Clayton is anticipated to testify regarding Dries' compensation, the work he performed, the non-payment of his commissions, the termination of his employment, and all related issues. |
| Luca Lazzaron<br>c/o Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101 | Will Testify | Mr. Lazzaron is anticipated to testify regarding Dries' compensation, the work he performed, the non-payment of his commissions, the termination of his employment, and all related issues. |
| Ragy Thomas<br>c/o Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101 | Will Testify | Mr. Thomas is anticipated to testify regarding the current and future value of Dries' stock options. |
| Tyler Smith<br>c/o Jim Howard and Jordan Harris<br>Davis Wright Tremaine | Will Testify | Mr. Smith is familiar with Sprinklr's interactions and contacts with Microsoft and Dries' work on behalf of Sprinklr. |
| Dan Haley<br>c/o Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101 | May Testify | Mr. Haley is anticipated to testify regarding Sprinklr's failure to preserve relevant information. |

| NAME AND ADDRESS | WILL OR MAY TESTIFY | AREA OF TESTIMONY |
|---|---|---|
| Sarah Gist or MSFT Records Custodian<br>c/o Jim Howard and Jordan Harris<br>Davis Wright Tremaine | Will Testify | Sarah Gist or a MSFT Records Custodian will be called to authenticate the business records produced by MSFT in response to Dries' discovery subpoena. |
| Simone Ruello<br>c/o Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101 | Will Testify by Deposition | Ms. Ruello is anticipated to testify regarding Dries' compensation, the work he performed, the non-payment of his commissions, the termination of his employment, and all related issues, including the destruction of her notes. |
| Diane Adams<br>c/o Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101 | May Testify | Ms. Adams is anticipated to testify regarding Dries' compensation, the work he performed, the non-payment of his commissions, the termination of his employment, and all related issues. |
| Stephanie Dewhurst<br>c/o Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101 | Will Testify | Ms. Dewhurst is anticipated to testify regarding the work performed by Dries on the advertising upsell of the Microsoft deal, and all related issues. |
| Dean Snook<br>c/o Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101 | Will Testify | Mr. Snook is anticipated to testify regarding the work performed by Dries on the advertising upsell of the Microsoft deal, and all related issues. |
| Jay Vigeland<br>c/o Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101 | Will Testify | Mr. Vigeland is anticipated to testify regarding the work performed by Dries on the Microsoft deal, and all related issues. |
| Matthew Anderson<br>c/o Jim Howard and Jordan Harris<br>Davis Wright Tremaine | May Testify | Mr. Anderson is familiar with Sprinklr's interactions and contacts with Microsoft and Dries' work on behalf of Sprinklr. |
| John Jendrezak<br>c/o Jim Howard and Jordan Harris<br>Davis Wright Tremaine | May Testify | Mr. Jendrezak is familiar with Sprinklr's interactions and contacts with Microsoft and Dries' work on behalf of Sprinklr. |
| A.J. Kreshock<br>Contact Information TBD | May Testify | Mr. Kreshock may testify regarding Sprinklr's arbitrary practices for the payment of sales commissions. |

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

| NAME AND ADDRESS | WILL OR MAY TESTIFY | AREA OF TESTIMONY |
|---|---|---|
| Brian Cheek<br>Contact Information TBD | May Testify | Mr. Cheek may testify regarding Sprinklr's arbitrary practices for the payment of sales commissions. |
| Frank Lobisser<br>Contact Information TBD | May Testify | Mr. Lobisser may testify regarding Sprinklr's arbitrary practices for the payment of sales commissions. |
| Ryan Voss<br>Contact Information TBD | May Testify | Mr. Voss may testify regarding Sprinklr's arbitrary practices for the payment of sales commissions. |
| Matthew Grieg<br>Contact Information TBD | May Testify | Mr. Grieg may testify regarding the work performed by Dries on the Microsoft deal. |
| Jacob Horn<br>Contact Information TBD | May Testify | Mr. Horn may testify regarding the work performed by Dries on the Microsoft deal. |
| Wonder Russell<br>Contact Information TBD | May Testify | Ms. Russell may testify regarding the work performed by Dries on the Microsoft deal. |
| Lance Trueb<br>Contact Information TBD | May Testify | This witness is familiar with Sprinklr's interactions and contacts with Microsoft and Dries's work on behalf of Sprinklr. |
| Kat Munsell<br>Contact Information TBD | May Testify | This witness is familiar with Sprinklr's interactions and contacts with Microsoft and Dries's work on behalf of Sprinklr. |
| Kristina Rothe<br>Contact Information TBD | May Testify | This witness is familiar with Sprinklr's interactions and contacts with Microsoft and Dries's work on behalf of Sprinklr. |

**B.     On behalf of Defendant:**

| NAME & ADDRESS | WILL TESTIFY OR MAY TESTIFY | AREA OF TESTIMONY |
|---|---|---|
| Diane Adams<br>c/o Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101 | Possible witness only | Plaintiff's communications regarding Joe Eskenazi, Defendant's relevant policies and practices. |

Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, Washington 98101<br>(206) 405-0404

| NAME & ADDRESS | WILL TESTIFY OR MAY TESTIFY | AREA OF TESTIMONY |
|---|---|---|
| Dayton Blankenship<br>c/o Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101 | Possible witness only | Plaintiff's performance. |
| Brian Cheek<br>8614 NE 179th Place<br>Vancouver, WA 98682 | Possible witness only | Eskenazi's treatment of Plaintiff and others at quarterly business review meetings. |
| Anthony Clayton<br>c/o Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101 | Will testify | Plaintiff's recruitment to and performance at Defendant, the Microsoft relationship and contract(s), Eskenazi's treatment of Plaintiff. |
| Joseph Dries, Plaintiff<br>c/o Plaintiff's counsel | Will testify.[3] | Plaintiff's allegations |
| Taylor Duhe<br>c/o Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101 | Possible witness only | Plaintiff's wages/commissions. |
| Joseph Eskenazi<br>c/o Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101 | Will testify | Plaintiff's performance, communications within Sprinklr and with Microsoft about Plaintiff's performance, Plaintiff's wage claims, Plaintiff's termination. |
| Matthew Jolley<br>c/o Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101 | Possible witness only | Plaintiff's performance. |

---

[3] Plaintiff will testify live and Defendant reserves the right under FRCP 32(a)(3) to use any portion of Plaintiff's deposition testimony at trial.

| NAME & ADDRESS | WILL TESTIFY OR MAY TESTIFY | AREA OF TESTIMONY |
|---|---|---|
| Luca Lazzaron<br>c/o Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101 | Will testify | Defendant's policies and practices regarding compensation of sales professionals, Plaintiff's hiring and performance, Defendant's renewal contract with Microsoft. |
| Christina Mara<br>c/o Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101 | Possible witness only | Plaintiff's performance. |
| Josh Martin<br>c/o Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101 | Possible witness only | Plaintiff's performance. |
| Bridget Murray<br>c/o Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101 | Possible witness only | Aspects of Defendant's compensation practices, Plaintiff's wages. |
| Paul Ohls<br>c/o Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101 | Will testify | The relationship and negotiations between Defendant and Microsoft, Plaintiff's performance and termination. |
| Simone Ruello (née Neilson)<br>c/o Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101 | Possible witness only | Plaintiff's wages and termination. |
| Tyler Smith<br>c/o Microsoft Corporation | Possible witness only | Plaintiff's performance on the Microsoft account, including communications with Sprinklr about Plaintiff. |

Jackson Lewis P.C.<br>520 Pike Street, Suite 2300<br>Seattle, Washington 98101<br>(206) 405-0404

| NAME & ADDRESS | WILL TESTIFY OR MAY TESTIFY | AREA OF TESTIMONY |
|---|---|---|
| Ryan Voss<br>1137 Northwest 56th Street, Unit B<br>Seattle, WA 98107 | Will testify | Admissions by Plaintiff, Eskenazi's treatment of Plaintiff, himself, and other sales professionals at the May 7, 2019 quarterly business review. |

## VIII.   EXHIBITS

**A.    Admissibility Stipulated**

**1.    Plaintiff's Exhibits**

| # | Label | Date | Description | Def. Objection |
|---|---|---|---|---|
| 4. | DRIES_CONFIDENTIAL_000494 | 2018 | Dries 2018 Form 1040 | None |
| 5. | DRIES_CONFIDENTIAL_000019-22 | 2018.08.17 | Clayton/Dries Email Exchange | None |
| 6. | DRIES_CONFIDENTIAL_000058-60 | 2018.08.23 | Adams Offer Letter to Dries | None |
| 7. | SP-ESI000001062 | 2018.09.07 | Duhe Email Chain | None |
| 9. | SP-ESI000000495-497 | 2018.11.02 | Dries Email Thread | None |
| 10. | SP-ESI000001042-1044 | 2018.11.07 | Clayton Email Thread | None |
| 11. | SP-ESI000001028-1030 | 2018.11.07 | Eskenazi Email Thread | None |
| 14. | DRIES_CONFIDENTIAL_000057 | 2019.01.01 | Adams Letter to Dries | None |
| 16. | SP-ESI000001496 | 2019.01.18 | Duhe Email Thread | None |
| 17. | DRIES_CONFIDENTIAL_000065-67 | 2019.01.22 | Hoskison, et al., Email Exchange | None |
| 19. | SP-ESI000001715-1717 | 2019.02.08 | Duhe Email Thread | None |

**Jackson Lewis P.C.**<br>520 Pike Street, Suite 2300<br>Seattle, Washington 98101<br>(206) 405-0404

| 20. | SP-ESI000000539 | 2019.02.12 | Clayton Email Thread | None |
|---|---|---|---|---|
| 22. | SP-ESI00000730-733 | 2019.02.28 | Clayton Email Thread | None |
| 27. | SP-ESI000000704-706 | 2019.03.05 | Eskenazi Email Thread (2) | None |
| 28. | SP-ESI000000535-536 | 2019.03.06 | Dries Email Thread | None |
| 29. | DRIES_CONFIDENTIAL_000001-3 | 2019.03.07 | Plan Document | None |
| 37. | SP-ESI000000786-791 | 2019.03.25 | Dries Email Thread | None |
| 38. | SP-ESI000000537-538 | 2019.03.26 | Dries Email Thread | None |
| 39. | SP-ESI000000834-836 | 2019.03.26 | Dries Email Thread (2) | None |
| 43. | SP-ESI000000938-944 | 2019.03.31 | Eskenazi Email Thread | None |
| 46. | MSFT_000000615-624 | 2019.04.04 | Dries Email Thread | None |
| 48. | SP-ESI000000971-972 | 2019.04.06 | Eskenazi Email Thread | None |
| 50. | SP-ESI000000937 | 2019.04.08 | Dries Email | None |
| 62. | SP-ESI000000887-888 | 2019.04.23 | Dries Email Thread | None |
| 69. | MSFT_000000110-111 | 2019.04.26 | Clayton Email | None |
| 76. | MSFT_000005490-5491 | 2019.05.03 | Clayton Email Thread | None |
| 78. | MSFT_000005362-5363 | 2019.05.06 | Clayton Email Thread | None |
| 93. | SP-ESI000000882 | 2019.05.14 | Dries Email | None |

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

| 96. | SP-ESI000000883 | 2019.05.15 | Prem Email Thread | None |
|---|---|---|---|---|
| 98. | SP-ESI000000798-799 | 2019.05.16 | Clayton Email | None |
| 100. | SP-ESI000000919-921 | 2019.05.16 | Eskenazi Email Thread | None |
| 108. | DRIES_CONFIDENTIAL_000031-33 | 2019.05.22 | Dries/Neilson Email Exchange | None |
| 117. | SP000140-141 | 2019.05.30 | Dries Email Thread | None |
| 118. | MSFT_000003194-3195 | 2019.05.30 | Dries Email Thread | None |
| 123. | DRIES_CONFIDENTIAL_000276 | 2019.05.31 | MSFT Team Slack | None |
| 125. | DRIES_CONFIDENTIAL_000037-38 | 2019.05.31 | Dries/Clayton Email Exchange | None |
| 128. | DRIES_CONFIDENTIAL_000223-226 | 2019.06 | SFDC Records | None |
| 129. | SP-ESI000002444-2447 | 2019.06.03 | Neilson Email Thread | None |
| 131. | SP-ESI000001180-1181 | 2019.06.04 | Dunkel Email | None |
| 136. | DRIES_CONFIDENTIAL_000275 | 2019.06.05 | MSFT Team Slack | None |
| 138. | SP-ESI000001432-1435 | 2019.06.07 | Eskenazi Email Thread | None |
| 139. | SP-ESI000007730 | 2019.06.07 | Neilson Email Thread | None |
| 142. | DRIES_CONFIDENTIAL_000034-35 | 2019.06.11 | Dries/Neilson/Eskenazi Email Exchange | None |
| 143. | DRIES_CONFIDENTIAL_000036 | 2019.06.11 | Dries/Neilson Email Exchange | None |
| 144. | SP000001-66 | 2019.06.11 | Dries Email with Attachment | None |
| 146. | SP000315 | 2019.06.11 | Eskenazi Email | None |

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

| 148. | SP000316-317 | 2019.06.12 | Dries Email Thread | None |
|---|---|---|---|---|
| 151. | SP-ESI000002010-2011 | 2019.06.12 | Neilson Email Thread | None |
| 152. | SP-ESI000002076 | 2019.06.13 | Dries Email Thread | None |
| 156. | SP-ESI000002142-2143 | 2019.06.17 | Dries Email Thread | None |
| 159. | DRIES_CONFIDENTIAL_000030 | 2019.06.24 | Dries/Neilson Email Exchange | None |
| 160. | SP-ESI000002373-2374 | 2019.06.25 | Dries Email Thread | None |
| 162. | SP-ESI000001944-1945 | 2019.06.26 | Neilson Email Thread | None |
| 163. | SP-ESI000001944-1945 | 2019.06.26 | Neilson Email thread | None |
| 164. | SP000373 | 2019.06.27 | Eskenazi Email | None |
| 170. | SP-ESI000001941-1943 | 2019.07.10 | Eskenazi Email | None |
| 174. | SP-ESI000000128 | 2019.07.18 | Clayton Email | None |
| 175. | SP-ESI000000425 | 2019.07.16 | Clayton Email | None |
| 176. | SP-ESI000003411-3412 | 2019.07.22 | Dries Email Thread | None |
| 179. | SP-ESI000000408 | 2019.07.22 | Eskenazi Email Thread | None |
| 184. | SP-ESI000000463 | 2019.07.25 | Eskenazi Email Thread | None (dupe?) |
| 185. | SP-ESI000001899-1921 | 2019.07.26 | Martorella Email with Attachment | Redact numbers, stipulated fact? |
| 191. | SP-ESI000000160-163 | 2019.07.29 | Martin Email Thread | None |

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

| | | | | None (dupe?) |
|------|------|------|------|------|
| 194. | SP-ESI000003953-3954 | 2019.08.05 | Dries Email Thread | None (dupe?) |
| 195. | SP-ESI000003830 | 2019.08.05 | Dries Email | None |
| 207. | SP-ESI000003384 | 2019.08.20 | Dries Email | None |
| 209. | SP000208-210 | 2019.08.20 | OTE Email Thread | None |
| 210. | SP-ESI000001937-1940 | 2019.08.20 | Ruello Email | None |
| 216. | SP000383-385 | 2019.08.23 | Duhe Email Thread | None |
| 217. | SP-ESI000001633-1636 | 2019.08.23 | Williams Email Thread | None |
| 218 | Expert Report of Eric Knowles | 2020.09.23 | | None |
| 219 | Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Sprinklr, Inc. with Objections, Answers, and Responses Thereto | 2020.05.20 | | None |

## 2.    Defendant's Exhibits

Defendant intends to offer the following exhibits at trial, but reserves the right to amend this list before the Pretrial Order must be filed on February 1, 2021, or after that date depending on the Court's rulings on motions in limine or other motions.

| EX. | DESCRIPTION | BATES NUMBER | PAGES | OBJECTION |
|------|------|------|------|------|
| 305 | Letter to Plaintiff dated 9/12/2018 re employment offer | SP 69-71 | 3 | None |
| 306 | Sprinklr Global Code of Conduct | SP 406-492 | 87 | None |

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

| 307 | Sprinklr Terms & Conditions Applicable to Sales, Success, Services Incentive Plan | SP 113-139 | 27 | None |
|-----|-----|-----|-----|-----|
| 311 | Email string between Tony Clayton, Luca Lazzaron, Paul Ohls, Joe Eskenazi, & Plaintiff dated 2/12/2019 re MSFT EA | SP-ESI 709-712 | 2 | None |
| 312 | Email string between Tony Clayton, Paul Ohls, Luca Lazzaron and Shoaib Zahoori dated 3/18/2019 re MSFT EA | SP-ESI 4182-4184 | 3 | None |
| 313 | Email string between Tony Clayton, Plaintiff, Joe Eskenazi, Paul Ohls, and Shoaib Zahoori dated 2/12/2019 – 4/3/2019 re MSFT EA | SP-ESI 961-966 | 8 | None |
| 314 | Email string between Plaintiff, Tyler Smith, and others dated 4/1/2019 re Customer Reach | SP-ESI 3970-3974 | 5 | None |
| 315 | Email from Tyler Smith to Plaintiff, Christina Mara, Dayton Blankenship, and Tony Clayton dated 4/3/2019 re Next Steps | SP 512 | 1 | None |
| 316 | Email string between Simone Williams and Plaintiff dated 4/17/2019 re Your Note – Commission Processing | SP-ESI 4633-4635 | 3 | None |
| 317 | Email from Tony Clayton to Tyler Smith, Matthew Anderson, Plaintiff, Joe Eskenazi, and Paul Ohls dated 4/25/2019 re Sprinklr \| Microsoft Contract Extension Meeting Follow Up | SP-ESI 4640-4640A | 2 | None |

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

| 318 | Email string between Plaintiff, Joe Eskenazi, Tony Clayton, and Paul Ohls dated 4/26/2019 re Microsoft Meeting Notes 4/24 (Paul's Notes – Invitation to edit) | SP-ESI 4195-4196 | 2 | None |
|---|---|---|---|---|
| 319 | Email string between Plaintiff, Doug Balut, and Joe Eskenazi dated 4/30/2019 re Microsoft Follow Up | SP 361-368 | 8 | None |
| 320 | Email from Simone Neilson Ruello to Paul Ohls and Luca Lazzaron dated 5/8/2019 re Joe Dries – documentation | SP-ESI 2151 | 1 | None |
| 321 | Email from Paul Ohls to Simone Neilson Ruello and Luca Lazzaron dated 5/14/2019 re Plaintiff's account plan completeness score | SP-ESI 1631-1632 | 2 | None |
| 322 | Email string between Plaintiff and Tyler Smith dated 5/6/2019 re My Apologies . . . | SP-ESI 2677 | 1 | None |
| 323 | Email string between Joe Eskenazi and Taylor Duhe dated 5/13/2019, re Plaintiff's MBO attainment | SP-ESI 902-903 | 2 | None |
| 324 | Email string between Joe Eskenazi and Tyler Smith dated 5/14/2019 to 6/10/2019 re connecting | SP-ESI 1419-1423 | 5 | None |
| 325 | Email from Taylor Duhe to Joe Eskenazi dated 5/13/2019 re MBO (with attachment) | SP-ESI 1609-1610C | 5 | None |
| 326 | Email string between Joe Eskenazi and Plaintiff dated 5/21/2019 re demotion on MSFT account | SP 327-328 | 3 | None |

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

| 327 | Email string between Plaintiff and Simone Neilson Ruello dated 5/22 – 6/3/2019 re meeting | SP 228-230 | 3 | None |
|---|---|---|---|---|
| 328 | Email string between Plaintiff and Tyler Smith dated May 29-30, 2019 re Training SOWs (with attachments) | MSFT 9082-9086, SP-ESI 3323-3324, | 7 | None |
| 329 | Slack messages between Plaintiff and Dean Snook dated 6/17/2019 re Microsoft | DRIES 242 | 1 | None |
| 330 | Email from Plaintiff to himself dated 7/27/2019 re Microsoft Expansion Deal, and a Record-Breaking Transaction | SP-ESI 3547-3550 | 4 | None |
| 331 | Email from Plaintiff to Simone Neilson Ruello dated 8/20/2019 re Our Conversation Today | SP-ESI 2573-2574 | 2 | None |
| 332 | Email string between Plaintiff, Simone Neilson, and OTE dated 8/20/2019 regarding Plaintiff's request for commission | SP-ESI 3417-3420 | 4 | None |
| 333 | Plaintiff's Goals Summary dated 5/1/2019– 7/31/2019 | SP 211-214 | 4 | None |
| 334 | Plaintiff's separation paperwork dated 8/23/2019 | SP 386-395 | 10 | None |
| 335 | Email string between Plaintiff and Tony Clayton dated 4/26/2018 regarding Luca Lazzaron | DRIES 427-48 | 2 | None |
| 336 | Plaintiff's W2 forms | | 12 | |
| 337 | Report of Shelley Lewis | | 5 | None |
| 338 | Defendant's First and Second Discovery Requests, and Plaintiff's Responses | | 83 | |

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

| 339 | Plaintiff's Job Search Records | DRIES 472-487, DRIES 523-654 | 148 | None |
| 340 | Report of Peter Nickerson | | 3 | None |

**B.  Authenticity Stipulated, Admissibility Disputed**

**1.  Plaintiff's Exhibits**

| # | Label | Date | Description | Def. Objection |
|---|-------|------|-------------|----------------|
| 1. | DRIES_CONFIDENTIAL_000099 -100 | 2015 | Dries 2015 Form 1040 | FRE    401-403 |
| 2. | DRIES_CONFIDENTIAL_000199 -200 | 2016 | Dries 2016 Form 1040 | FRE 401-403 |
| 3. | DRIES_CONFIDENTIAL_000516 -517 | 2017 | Dries 2017 Form 1040 | FRE 401-403 |
| 8. | SP-ESI000000468 | 2018.11 | November 2018 Newsletter | FRE 401-03 |
| 12. | DRIES_CONFIDENTIAL_000081 -85 | 2019.09 | September 2018 Newsletter | FRE 401-403 |
| 13. | DRIES_CONFIDENTIAL_000042 -44 | 2019.01.18 | Plan Document | FRE 401-403 |
| 15. | SP-ESI000001495 | 2019.01.06 | Eskenazi Email Thread | FRE 401-03 |
| 18. | DRIES_CONFIDENTIAL_000092 -94 | 2019.02 | February 2019 Newsletter | FRE 401-03 |
| 21. | SP-ESI000000567-569 | 2019.02.22 | Eskenazi Email Thread | FRE 401-403 |
| 23. | DRIES_CONFIDENTIAL_000095 -98 | 2019.03 | March 2019 Newsletter | FRE 401-403 |
| 24. | SP000101-103 | 2019.03.02 | 2018 Performance Summary | FRE 401-403 |
| 25. | SP-ESI000000766 | 2019.03.04 | Dries Email | 403 (cumulative of 27) |
| 26. | SP-ESI000000688-690 | 2019.03.05 | Eskenazi Email Thread | 403 (cumulative |

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

| | | | | of 27) |
|---|---|---|---|---|
| 31. | SP000493-494 | 2019.03.07 | Mara Email Thread | FRE 401-403 |
| 33. | SP-ESI000000726 | 2019.03.18 | Clayton Email | FRE 401-403 |
| 34. | DRIES_000775-777 | 2019.03.20 | Dries/Clayton Text Messages | FRE 401-403, 106 |
| 40. | SP-ESI000000533-534 | 2019.03.26 | Dries Email Thread (3) | FRE 401-403 |
| 44. | SP-ESI000000929-932 | 2019.04 | April 2019 Internal Microsoft Team Newsletter | FRE 401-403 |
| 45. | MSFT_000012200-12201 | 2019.04.03 | Smith Email | FRE 401-403 |
| 51. | SP-ESI000000827-829 | 2019.04.09 | Eskenazi Email Thread | FRE 401-403 |
| 52. | SP-ESI000000126-127 | 2019.04.09 | Mara Email Thread | FRE 401-403 |
| 56. | SP-ESI000000843-844 | 2019.04.10 | Dries Email | FRE 401-403 |
| 63. | SP-ESI000001712 | 2019.04.23 | Dries Email Thread | FRE 401-403 |
| 71. | DRIES_CONFIDENTIAL_000089-91 | 2019.05 | May 2019 Newsletter | FRE 401-403 |
| 73. | SP-ESI000000830-833 | 2019.05.02 | Gray Email Thread | FRE 106 |
| 75. | MSFT_000005509 | 2019.05.03 | Dries Email | FRE 401-403 |
| 85. | SP-ESI000000814-826 | 2019.05.09 | Dries Email Thread | FRE 401-403 |
| 86. | MSFT_000004487-4490 | 2019.05.13 | Dries Email Thread | FRE 401-403 |
| 87. | MSFT_000004491-4492 | 2019.05.13 | Dries Email Thread (2) | FRE 401-403 |
| 88. | MSFT_000004493-4496 | 2019.05.13 | Dries Email Thread | FRE 401- |

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

| | | | | (3) | 403 |
|---|---|---|---|---|---|
| 90. | SP-ESI000001591-1593 | | 2019.05.13 | Balut Email Thread | FRE 401-403 |
| 94. | SP-ESI000000911 | | 2019.05.14 | Smith Email | FRE 401-403 |
| 102. | SP-ESI000001607 | | 2019.05.20 | Dries Email | FRE 401-403 |
| 107. | SP-ESI000001450 | | 2019.05.22 | Dries Email | FRE 401-403 |
| 110. | MSFT_000004042-4052 | | 2019.05.24 | Dries Email Thread | FRE 401-403, 106 |
| 116. | DRIES_000789-792 | | 2019.05.30 | Dries/Clayton Text Exchange | FRE 106 |
| 126. | MSFT_000003087-3090 | | 2019.05.31 | Satterwaite Email Thread | FRE 401-403 |
| 127. | DRIES_CONFIDENTIAL_000086-88 | | 2019.06 | June 2019 Newsletter | FRE 401-403 |
| 135. | DRIES_CONFIDENTIAL_000248 | | 2019.06.05 | Dries Invitation Screenshot | FRE 401-403 |
| 137. | SP-ESI000001445 | | 2019.06.06 | Stern Email | FRE 401-403 |
| 141. | SP-ESI000001413-1414 | | 2019.06.10 | Fu Email Thread | FRE 401-403 |
| 173. | SP-ESI000000376-377 | | 2019.07.15 | Eskenazi Email Thread | FRE 401-403 |
| 178. | SP-ESI000000409 | | 2019.07.22 | Eskenazi Email Thread | FRE 401-403 |
| 181. | SP-ESI000001408-1412 | | 2019.07.23 | Eskenazi Email Thread | FRE 401-403, redact |
| 186. | SP-ESI000000384 | | 2019.07.27 | Eskenazi Email Thread | FRE 401-403 |
| 187. | SP-ESI000000385-386 | | 2019.07.27 | Lazzaron Email Thread | FRE 401-403 |
| 188. | SP-ESI0000000156-159 | | 2019.07.27 | Ohls Email | FRE 401-403 |

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

| 189. | SP-ESI000000245-248 | 2019.07.29 | Eskenazi Email Thread | FRE 401-403 |
|------|---------------------|------------|-----------------------|-------------|
| 190. | SP-ESI000000327-329 | 2019.07.29 | Grenier Email Thread | FRE 401-403 |
| 192. | SP-ESI000000317-319 | 2019.07.30 | Dries Email Thread | FRE 401-403 |
| 193. | DRIES_000760-762 | 2019.08.01 | Dries/Eskenazi Text Exchange | FRE 106 |
| 200. | SP-ESI000001637-1641 | 2019.08.08 | Dries Email Thread | FRE 106, 403 |
| 202. | SP-ESI000001318-1323 | 2019.08.09 | Dries Email Thread | FRE 802 |
| 205. | SP-ESI000000268-274 | 2019.08.19 | Eskenazi email Thread | FRE 802 |
| 206. | SP-ESI000001637-1641 | 2019.08.19 | Dries Email Thread | FRE 403 (dupe) |
| 208. | SP-ESI000001637-1641 | 2019.08.20 | Ruello Email Thread | FRE 106 (dupe?) |
| 211. | SP-ESI000002358-2363 | 2019.08.20 | Dries Email Thread | FRE 106 (dupe?) |
| 213. | SP-ESI000000242-244 | 2019.08.22 | Eskenazi Email Thread | FRE 401-403 |
| 214. | SP-ESI000000239-241 | 2019.08.22 | Ohls Email Thread | FRE 106, 401-403 |
| 218. | SP002484-2493 | Undated | Ruello "Summary" | FRE 401-403 |
| 221. | DRIES_CONFIDENTIAL_000235 | Undated | SFDC Opportunities Record | FRE 401-403, Redact |
| 222. | SP0000719-747 | 2019.09 | Variable Compensation Exception Review | FRE 401-403 |

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

**2.      Defendant's Exhibits**

| EXH | DESCRIPTION | BATES NUMBER | # OF PAGES | OBJECTION |
|-----|-------------|--------------|-----------|-----------|
| 301 | Text messages between Plaintiff and Ryan Voss (First production) | DRIES 285-313 | 29 | FRE 401, 403, 608. |
| 302 | Text messages between Plaintiff and Ryan Voss (Second production) | DRIES 667-668, 686-717, 870-871 | 36 | FRE 401, 403, 608. |
| 303 | Text messages between Plaintiff and Reed Harder | DRIES 818-843 | 26 | FRE 401, 403, 608. |
| 304 | Text messages between Plaintiff, Frank Lobisser and Brian Cheek | DRIES 326-330 | 5 | FRE 401, 403, 608. |
| 310 | Email from Bridget Murphy to Simone Neilson dated 9/9/2019 re Plaintiff's compensation | SP 398 | 1 | FRE 801-803 |

**C.      Authenticity and Admissibility Disputed**

**1.      Plaintiff's Exhibits**

| # | Label | Date | Description | Def. Objection |
|---|-------|------|-------------|----------------|
| 30. | DRIES_CONFIDENTIAL_000251 | 2019.03.07 | Dries Calendar Screenshot | FRE 401-403, 901 |
| 32. | DRIES_CONFIDENTIAL_000216 | 2019.03.15 | Dries Calendar Screenshot | FRE 401-403, 901 |
| 35. | DRIES_CONFIDENTIAL_000216 | 2019.03.15 | Dries Calendar Screenshot | FRE 401-403, 802, 901 |
| 36. | MSFT_000000011 | 2019.03.22 | Smith Calendar Note | FRE 401-403, 901 |
| 41. | DRIES_CONFIDENTIAL_000210 | 2019.03.28 | Dries Calendar Screenshot | FRE 401-403, 802, 901 |
| 42. | DRIES_CONFIDENTIAL_000256 | 2019.03.29 | Dries Calendar Screenshot | FRE 401-403, 802, 901 |

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

| # | Label | Date | Description | Def. Objection |
|---|-------|------|-------------|----------------|
| 47. | SP000709 | 2019.04.05 | Mara/Smith Text Exchange | FRE 401-403 |
| 49. | DRIES_000813 | 2019.04.08 | Dries/Martin Text Exchange | FRE 106**, 401-403, 802, 901 (812 has a cutoff text) |
| 53. | SP000710-712 | 2019.04.05 | Mara/Smith Text Exchange | FRE 401-403, 802, 901 |
| 54. | SP000694 | 2019.04.05 | Mara/Blankenship/Smith Text Exchange | FRE 401-403, 802, 901 |
| 55. | MSFT_000000181 | 2019.04.06 | Smith Calendar Note | FRE 401-403, 901 |
| 57. | MSFT_00000114 | 2019.04.15 | Smith Calendar Note | FRE 401-403, 901 |
| 58. | MSFT_000012197-12198 | 2019.04.16 | Smith Email | FRE 401-403, 802, 901 |
| 59. | MSFT_00000324 | 2019.04.17 | Smith Calendar Note | FRE 401-403, 901 |
| 60. | DRIES_CONFIDENTIAL_000236 | 2019.04.18 | Dries Calendar Screenshot | FRE 401-403, 901 |
| 61. | MSFT_000000180 | 2019.04.18 | Smith Calendar Note | FRE 401-403, 901 |
| 64. | MSFT_000000008 | 2019.04.23 | Smith Calendar Note | FRE 401-403, 901 |
| 65. | DRIES_CONFIDENTIAL_000237 | 2019.04.24 | Dries Calendar Screenshot | FRE 401-403, 901 |
| 66. | DRIES_000779 | 2019.04.24 | Dries/Clayton Text Exchange | FRE 106, 401-403, 802, 901 |
| 67. | MSFT_000000320 | 2019.04.24 | Calendar Note | FRE 401-403, 901 |
| 68. | DRIES_CONFIDENTIAL_000239 | 2019.04.26 | Dries Calendar Screenshot | FRE 401-403, 901 |

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

| # | Label | Date | Description | Def. Objection |
|---|-------|------|-------------|----------------|
| 70. | DRIES_CONFIDENTIAL_000240 | 2019.04.29 | Dries Calendar Screenshot | FRE 401-403, 901 |
| 72. | DRIES_000780-781 | 2019.05.01 | Dries/Clayton Text Exchange | FRE 106, 401-403, 802, 901 |
| 74. | MSFT_000000012-13 | 2019.05.20 | Clayton Email | FRE 401-403, 802, 901 |
| 77. | MSFT_00000179 | 2019.05.04 | Smith Calendar Note | FRE 401-403, 901 |
| 79. | MSFT_000005377-5385 | 2019.05.06 | Clayton Email Thread (2) | FRE 401-403, 802, 901 |
| 80. | MSFT_000005369-5371 | 2019.05.06 | Aldape Email Thread | FRE 106, 401-403, 802, 901 |
| 81. | MSFT_000005372-5375 | 2019.05.06 | Dries Email Thread | FRE 106, 401-403, 802, 901 |
| 82. | DRIES_CONFIDENTIAL_000212 | 2019.05.08 | Dries Calendar Screenshot | FRE 401-403, 901 |
| 83. | DRIES_000754-760 | 2019.05.08 | Dries/Eskenazi Text Exchange | FRE 106, 401-403, 802, 901 |
| 84. | SP000695-699 | 2019.05.08 | Mara/Blankenship/Smith Text Exchange | FRE 106, 901 |
| 89. | MSFT_000004433-4454 | 2019.05.13 | SSPAHelp Email Thread | FRE 401-403, 802, 901 |
| 91. | DRIES_CONFIDENTIAL_000213 | 2019.05.14 | Dries Calendar Screenshot | FRE 401-403, 901 |
| 92. | SP000701-703 | 2019.05.14 | Mara/Blankenship/Smith Text Exchange | FRE 106, 401-403, 802, 901 |
| 95. | DRIES_CONFIDENTIAL_000214 | 2019.05.15 | Dries Calendar Screenshot | FRE 401-403, 901 |

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

| # | Label | Date | Description | Def. Objection |
|---|-------|------|-------------|----------------|
| 97. | DRIES_CONFIDENTIAL_00 0243, 245 | 2019.05.16 | Dries/Clayton Slack Thread | FRE 401-403, 901 (obscured) |
| 99. | MSFT_00000318 | 2019.05.16 | Smith Calendar Note | FRE 401-403, 901 |
| 101. | DRIES_CONFIDENTIAL_00 0259 | 2019.05.20 | Dries Calendar Screenshot | FRE 401-403, 901 |
| 103. | MSFT_00000012-13 | 2019.05.20 | Clayton Email Thread | FRE 403 (same as Ex. 74), 802, 901 |
| 104. | MSFT_000004186-4192 | 2019.05.20 | Dries Email Thread (2) | FRE 401-403, 802, 901 |
| 105. | DRIES_CONFIDENTIAL_00 0260 | 2019.05.21 | Dries Calendar Screenshot | FRE 401-403, 901 |
| 106. | MSFT_000004157-4164 | 2019.05.21 | Dries Email Thread | FRE 401-403, 802, 901 |
| 109. | MSFT_000004102-4110 | 2019.05.23 | Aldape Email Thread | FRE 401-403, 106, 802, 901 |
| 111. | DRIES_CONFIDENTIAL_00 0217 | 2019.05.28 | Dries Calendar Screenshot | FRE 401-403, 901 |
| 112. | MSFT_000004000-4015 | 2019.05.28 | SSAPHelp Email Thread | FRE 401-403, 802, 901 |
| 113. | MSFT_000003316-3320 | 2019.05.29 | Bai Email Thread | FRE 401-403, 802, 901 |
| 114. | MSFT_00000178 | 2019.05.29 | Smith Calendar Note | FRE 401-403, 802, 901 |
| 115. | DRIES_CONFIDENTIAL_00 0215 | 2019.05.29 | Dries Calendar Screenshot | FRE 401-403, 901 |
| 119. | MSFT_000003265-3266 | 2019.05.30 | P. Martin Email Thread | FRE 401-403, 802, 901 |

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

| # | Label | Date | Description | Def. Objection |
|---|-------|------|-------------|----------------|
| 120. | MSFT_000003267-3268 | 2019.05.30 | Dries Email Thread | FRE 401-403, 802, 901 |
| 121. | MSFT_000003269-3280 | 2019.05.30 | Dewhurst Email Thread | FRE 401-403, 802, 901 |
| 122. | MSFT_000003091-3095 | 2019.05.31 | Schoen Email Thread | FRE 401-403, 802, 901 |
| 124. | DRIES_CONFIDENTIAL_000257 | 2019.05.31 | Dries Calendar Screenshot | FRE 401-403, 901 |
| 130. | DRIES_CONFIDENTIAL_000247 | 2019.06.04 | Dries Calendar Screenshot | FRE 401-403, 901 |
| 132. | SP000715-716 | 2019.06.04 | Mara/Blankenship/Smith Text Exchange | FRE 106, 401-403, 802, 901 |
| 133. | MSFT_000002991-3003 | 2019.06.04 | Dewhurst Email Thread | FRE 401-403, 802, 901 |
| 134. | MSFT_000003006-3017 | 2019.06.04 | Aldape Email Thread | FRE 401-403, 802, 901 |
| 140. | DRIES_000794-795 | 2019.06.10 | Dries/Clayton Text Exchange | FRE 106, FRE 401-403, 802, 901 |
| 145. | SP000717-718 | 2019.06.11 | Mara /Smith Text Exchange | FRE 106, FRE 401-403, 802, 901 |
| 154. | MSFT_000002106-2113 | 2019.06.14 | Dewhurst Email Thread | FRE 401-403, 802, 901 |
| 155. | MSFT_000002116-2144 | 2019.06.14 | Dewhurst Email Thread (2) | FRE 401-403, 802, 901 |
| 157. | MSFT_000002097-2105 | 2019.06.17 | Dewhurst Email Thread | FRE 802, 901 |

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

| # | Label | Date | Description | Def. Objection |
|---|-------|------|-------------|----------------|
| 158. | MSFT_000001978-1995 | 2019.06.20 | Satterthwaite Email Thread | FRE 401-403, 802, 901 |
| 161. | MSFT_000001233-1265 | 2019.06.25 | Razak Email Thread | FRE 401-403, 802, 901 |
| 165. | MSFT_000000931-949 | 2019.06.27 | Clayton Email Thread | FRE 802, 901 |
| 166. | DRIES_000666 | 2019.06.28 | Dries/Clayton Text Exchange | FRE 106, 401-403, 802, 901 |
| 177. | MSFT_0000012149-12160 | 2019.07.22 | Smith Email Thread | FRE 802, 901 |
| 180. | MSFT_000003868-3892 | 2019.07.23 | Clayton Email Thread | FRE 802, 901 |
| 182. | MSFT_000000001-2 | 2019.07.23 | DelBene Email | FRE 802, 901 |
| 183. | SP-ESI000000466 | 2019.07.24 | Clayton Slack Message | FRE 802, 901 |
| 196. | MSFT_0000012108-12114 | 2019.08.06 | Smith Email Thread | FRE 802, 901 |
| 197. | DRIES_000762-766 | 2019.08.07 | Dries/Eskenazi Text Exchange | FRE 106, 401-403, 802, 901 |
| 199. | SP000704-706 | 2019.08.07 | Mara/Blankenship/Smith Text Exchange | FRE 106, 401-403, 802, 901 |
| 201. | DRIES_000816 | 2019.08.08 | Dries/P. Martin Text Messages | FRE 106, 401-403, 802, 901 |
| 203. | MSFT_0000012001-12008 | 2019.08.09 | Smith Email Thread | FRE 802, 901 |
| 204. | DRIES_000743-749 | 2019.08.16 | Dries/Martin Text Messages | FRE 401-403, 802, 901 |

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

| # | Label | Date | Description | Def. Objection |
|---|-------|------|-------------|----------------|
| 212. | DRIES_000685 | 2019.08.22 | Dries/Martin Text Messages | FRE 106, FRE 401-403, 802, 901 |
| 215. | SP-ESI000000253-259 | 2019.08.23 | Sandhu Email Thread | FRE 401-403, 802 |
| 219. | DRIES_CONFIDENTIAL_000080 | Undated | Microsoft GSAE payout_Q2 (8-22) | FRE 901 |
| 220. | DRIES_CONFIDENTIAL_000218-222 | Undated | SFDC Records | FRE 401-403, 901 |
| 223 | SP0000648 CONFIDENTIAL | Various | Sprinklr Slack Messages | FRE 401-403, 802, 901 |
| 224 | SP000749-826 | Various | Salesforce Records for MSFT Upsell Opportunity | FRE 401-403, 802, 901 |
| 225 | SP000827-2486 | Various | Salesforce Records for MSFT Strategic Opp Main Opportunity | FRE 401-403, 802, 901 |

### 2.   Defendant's Exhibits

| EXH | DESCRIPTION | BATES NUMBER | # OF PAGES | ELECTRONIC PRESENTATION | OBJECTION |
|-----|-------------|--------------|-----------|-------------------------|-----------|
| 308 | Spreadsheet showing Plaintiff's commission payments along with recoverable draw | SP 99 | 1 | | FRE 401-403 |
| 309 | Spreadsheet showing Plaintiff's commission payments 2019 | SP 218-219 | 2 | | FRE 401-403 |

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

# IX.   ACTION BY THE COURT

1.     This case is scheduled for trial on March 22, 2021, at 9:00 a.m.

2.     Trial briefs shall be submitted to the Court on or before March 1, 2021.

3.     Jury Instructions requested by either party shall be submitted to the Court on or before March 1, 2021. Suggested questions of either party to be asked of the jury by the Court on voir dire shall be submitted to the Court on or before March 1, 2021.

4.     This Order has been approved by the parties as evidenced by the signatures of their counsel. This Order shall control the subsequent course of the action unless modified by a subsequent order. This Order shall not be amended except by order of the Court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this 3rd day of March, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

Respectfully submitted this 1st day of February, 2021.

CORR | DOWNS

By      s/ Charles P. Rullman
        Charles P. Rullman, WSBA No. 42733
        100 W. Harrison St., Suite N440
        Seattle, WA 98119
        206-962-5040
        crullman@corrdowns.com

        Counsel for Plaintiff Joseph Dries

JACKSON LEWIS P.C.

By:     s/ Michael A. Griffin
        Jane McFetridge, *Pro Hac Vice*
        Michael A. Griffin, WSBA #29103

PRETRIAL ORDER - 34
(Case No. C20-47-MLP)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

Kira J. Johal, WSBA #53549
520 Pike Street, Suite 2300
Seattle, WA 98101
206-405-0404
Jane.McFetridge@jacksonlewi.com
Michael.Griffin@jacksonlewis.com
Kira.Johal@jacksonlewis.com

Counsel for Defendant

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404