THE HONORABLE MICHELLE L. PETERSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH DRIES,<br><br>        Plaintiff,<br> v.<br>SPRINKLR, INC., a Delaware Corporation,<br><br>        Defendant. | Case No. C20-47-MLP<br><br>**ORDER GRANTING JOINT MOTIONS IN LIMINE**<br><br>**NOTE ON MOTION CALENDAR:**<br>**February 5, 2021** |

THIS MATTER came regularly before this Court by and through the parties' Joint Motions in Limine. The parties were represented by their counsel of record. Having considered the arguments made by the parties and reviewed all pleadings and evidence in support and in opposition to the motion:

The Court, being otherwise fully apprised in the premises, now ORDERS:

The parties' Joint Motions in Limine are granted. The Court excludes:

1. With the exception of Dries and Sprinklr's corporate representative, all witnesses are excluded from the virtual courtroom until after the witness has been excused.

2. Unless a witness is unavailable, declaration/deposition testimony of non-party witnesses is inadmissible as substantive evidence but may be used for other purposes as permitted by the Federal Rules of Evidence.

ORDER GRANTING JOINT MOTIONS IN LIMINE - 1
(Case No. C20-47-MLP)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

3. Evidence and argument relating to pre-trial rulings is excluded. This includes any reference to Dries allegedly having a disability or seeking any form of accommodation for an alleged disability.

4. Evidence and argument relating to Dries's receipt of unemployment benefits is inadmissible.

5. No evidence will be admitted if it was requested in discovery but not timely provided/produced.

6. Improper appeals to sympathy, including photos of Dries or his family, will not be admitted or used at trial in any way.

7. Any reference to Jackson Lewis's size, scope of practice, or geographical locations is excluded. This includes any reference to Jane McFetridge as an out-of-state lawyer.

8. Any reference to speculation about why Simone Ruello is unavailable to testify live at trial is excluded.

Dated this 3rd day of March, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

JACKSON LEWIS P.C.

*s/Michael A. Griffin*
Jane McFetridge, *Pro Hac Vice*
Michael A. Griffin, WSBA #29103
Kira J. Johal, WSBA #53549
520 Pike Street, Suite 2300
Seattle, WA 98101
Jane.McFetridge@jacksonlewis.com
Michael.Griffin@jacksonlewis.com
Kira.Johal@jacksonlewis.com

Counsel for Defendant

ORDER GRANTING JOINT MOTIONS IN LIMINE - 2
(Case No. C20-47-MLP)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

1  Approved as to form:

2  CORR | DOWNS

3

4  *s/Chuck Rullman*
Chuck Rullman, WSBA # 42733
5  100 W. Harrison St., Suite N440
Seattle, WA 98119
6  206-686-9856
crullman@corrdowns.com
7

8  Counsel for Plaintiff

ORDER GRANTING JOINT MOTIONS IN LIMINE - 3
(Case No. C20-47-MLP)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404