HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH DRIES, | ) Case No. C20-47-MLP |
| | ) |
| Plaintiff, | ) **ORDER ON** |
| | ) **NOTICE OF DEPOSITION** |
| v. | ) **DESIGNATIONS RE: DRIES** |
| | ) |
| SPRINKLR, INC., a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to Local Civil Rule 32(a)(3), Plaintiff Joseph Dries and Defendant Sprinklr, Inc. submitted the following deposition designations, objections, and counter-designations. Accordingly, the Court rules as follows:

| Witness | Defendant's Designation | Objection(s) | Plaintiff's Counter Designation | Objection(s) to Counter-Designation |
|---|---|---|---|---|
| Dries, Joseph | Vol. I 43:20-44:25 | FRE 403 (needlessly presenting cumulative evidence) **RESERVED** | | |
| Dries, Joseph | Vol. I 56:10-57:18 | | | |
| Dries, Joseph | Vol. I 59:10-60:15 | | | |

ORDER ON NOTICE OF DEPOSITION DESIGNATIONS
RE: DRIES - 1

| Witness | Defendant's Designation | Objection(s) | Plaintiff's Counter Designation | Objection(s) to Counter-Designation |
|---|---|---|---|---|
| Dries, Joseph | Vol. I 61:14-62:1 | FRE 403 (needlessly presenting cumulative evidence) **RESERVED** | | |
| Dries, Joseph | Vol. I 71:21-72:2 | | | |
| Dries, Joseph | Vol. I 87:15-88:4 | | | |
| Dries, Joseph | Vol. I 89:5-25 | | | |
| Dries, Joseph | Vol. I 91:3-92:8 | | | |
| Dries, Joseph | Vol. I 224:12-18 | FRE 403 (unduly prejudicial; irrelevant); Dkt. 134 (referenced text message excluded) **OVERRULED**. | | |
| Dries, Joseph | Vol. I 286:23-287:19 | FRE 403 (needlessly presenting cumulative evidence) **RESERVED** | | |
| Dries, Joseph | Vol. I 292:13-294:13 | | | |
| Dries, Joseph | Vol. II 6:12-7:6 | FRE 401, 403; Dkt. 133 (excluding evidence and argument relating to pre-trial rulings); Dkt. 134 (denying contested motion in limine re text messages); Dkt. 138 (denying motion for reconsideration). **OVERRULED** | | |

ORDER ON NOTICE OF DEPOSITION DESIGNATIONS
RE: DRIES - 2

| Witness | Defendant's Designation | Objection(s) | Plaintiff's Counter Designation | Objection(s) to Counter-Designation |
|---|---|---|---|---|
| Dries, Joseph | Vol. II 12:19-13:14 | FRE 401, 403; Dkt. 133 (excluding evidence and argument relating to pre-trial rulings); Dkt. 134 (denying contested motion in limine re text messages); Dkt. 138 (denying motion for reconsideration). **OVERRULED** | | |
| Dries, Joseph | Vol. II 13:18-24 | FRE 401, 403; Dkt. 133 (excluding evidence and argument relating to pre-trial rulings); Dkt. 134 (denying contested motion in limine re text messages); Dkt. 138 (denying motion for reconsideration). **OVERRULED** | | |
| Dries, Joseph | Vol. II 17:5-9 | FRE 401, 403; Dkt. 133 (excluding evidence and argument relating to pre-trial rulings); Dkt. 134 (denying contested motion in limine re text messages); Dkt. 138 (denying motion for reconsideration). **OVERRULED** | | |
| Dries, Joseph | Vol. II 17:25-18:21 | FRE 401, 403; Dkt. 133 (excluding evidence and argument relating to pre-trial rulings); Dkt. 134 (denying contested motion in limine re text messages); Dkt. 138 (denying motion for reconsideration). **OVERRULED** | | |

ORDER ON NOTICE OF DEPOSITION DESIGNATIONS
RE: DRIES - 3

| Witness | Defendant's Designation | Objection(s) | Plaintiff's Counter Designation | Objection(s) to Counter-Designation |
|---|---|---|---|---|
| Dries, Joseph | Vol. II 19:9-20:4 | FRE 401, 403; Dkt. 133 (excluding evidence and argument relating to pre-trial rulings); Dkt. 134 (denying contested motion in limine re text messages); Dkt. 138 (denying motion for reconsideration). **OVERRULED** | | |
| Dries, Joseph | Vol. II 21:8-22 | FRE 401, 403; Dkt. 133 (excluding evidence and argument relating to pre-trial rulings); Dkt. 134 (denying contested motion in limine re text messages); Dkt. 138 (denying motion for reconsideration). **SUSTAINED** | | |
| Dries, Joseph | Vol. II 24:25-25:14 | FRE 401, 403; Dkt. 133 (excluding evidence and argument relating to pre-trial rulings); Dkt. 134 (denying contested motion in limine re text messages); Dkt. 138 (denying motion for reconsideration). **OVERRULED EXCEPT SUSTAINED AS TO LINES 25:8-14** | | |

ORDER ON NOTICE OF DEPOSITION DESIGNATIONS
RE: DRIES - 4

| Witness | Defendant's Designation | Objection(s) | Plaintiff's Counter Designation | Objection(s) to Counter-Designation |
|---|---|---|---|---|
| Dries, Joseph | Vol. II 28:13-16 | FRE 401, 403; Dkt. 133 (excluding evidence and argument relating to pre-trial rulings); Dkt. 134 (denying contested motion in limine re text messages); Dkt. 138 (denying motion for reconsideration). **OVERRULED** | | |
| Dries, Joseph | Vol. II 31:2-11 | FRE 401, 403; Dkt. 133 (excluding evidence and argument relating to pre-trial rulings); Dkt. 134 (denying contested motion in limine re text messages); Dkt. 138 (denying motion for reconsideration). **OVERRULED** | | |
| Dries, Joseph | Vol. II 33:22-34:17 | FRE 401, 403; Dkt. 133 (excluding evidence and argument relating to pre-trial rulings); Dkt. 134 (denying contested motion in limine re text messages); Dkt. 138 (denying motion for reconsideration). **OVERRULED** | | |
| Dries, Joseph | Vol. II 42:11-15 | FRE 401, 403; Dkt. 133 (excluding evidence and argument relating to pre-trial rulings); Dkt. 134 (denying contested motion in limine re text messages); Dkt. 138 (denying motion for reconsideration). **OVERRULED** | | |

ORDER ON NOTICE OF DEPOSITION DESIGNATIONS
RE: DRIES - 5

| Witness | Defendant's Designation | Objection(s) | Plaintiff's Counter Designation | Objection(s) to Counter-Designation |
|---|---|---|---|---|
| Dries, Joseph | Vol. II 43:25-44:24 | FRE 401, 403; Dkt. 133 (excluding evidence and argument relating to pre-trial rulings); Dkt. 134 (denying contested motion in limine re text messages); Dkt. 138 (denying motion for reconsideration). **OVERRULED** | | |
| Dries, Joseph | Vol. II 45:9-25 | FRE 401, 403; Dkt. 133 (excluding evidence and argument relating to pre-trial rulings); Dkt. 134 (denying contested motion in limine re text messages); Dkt. 138 (denying motion for reconsideration). **OVERRULED** | | |
| Dries, Joseph | Vol. II 47:13-22 | FRE 401, 403; Dkt. 133 (excluding evidence and argument relating to pre-trial rulings); Dkt. 134 (denying contested motion in limine re text messages); Dkt. 138 (denying motion for reconsideration). **OVERRULED** | | |
| Dries, Joseph | Vol. II 48:20-49:4 | FRE 401, 403; Dkt. 133 (excluding evidence and argument relating to pre-trial rulings); Dkt. 134 (denying contested motion in limine re text messages); Dkt. 138 (denying motion for reconsideration). **SUSTAINED** | | |

ORDER ON NOTICE OF DEPOSITION DESIGNATIONS
RE: DRIES - 6

| Witness | Defendant's Designation | Objection(s) | Plaintiff's Counter Designation | Objection(s) to Counter-Designation |
|---|---|---|---|---|
| Dries, Joseph | Vol. II 49:9-50:1 | FRE 401, 403; Dkt. 133 (excluding evidence and argument relating to pre-trial rulings); Dkt. 134 (denying contested motion in limine re text messages); Dkt. 138 (denying motion for reconsideration). **OVERRULED** | | |
| Dries, Joseph | Vol. II 54:16-55:11 | FRE 401, 403; Dkt. 133 (excluding evidence and argument relating to pre-trial rulings); Dkt. 134 (denying contested motion in limine re text messages); Dkt. 138 (denying motion for reconsideration). **SUSTAINED** | 55:11-55:14 | |
| Dries, Joseph | Vol. II 56:19-57:1 | FRE 401, 403; Dkt. 133 (excluding evidence and argument relating to pre-trial rulings); Dkt. 134 (denying contested motion in limine re text messages); Dkt. 138 (denying motion for reconsideration). **OVERRULED** | | |
| Dries, Joseph | Vol. II 58:24-59:6 | Dkt. 60 (limiting second session of deposition to text messages). **SUSTAINED** | | |

\\

\\

ORDER ON NOTICE OF DEPOSITION DESIGNATIONS
RE: DRIES - 7

Dated this 18th day of March, 2021.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER ON NOTICE OF DEPOSITION DESIGNATIONS
RE: DRIES - 8