HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOSEPH DRIES, | ) | Case No. C20-47-MLP |
| | ) | |
| Plaintiff, | ) | **ORDER ON NOTICE OF DEPOSITION** |
| | ) | **DESIGNATIONS RE: RUELLO** |
| v. | ) | |
| | ) | |
| SPRINKLR, INC., a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Local Civil Rule 32, Plaintiff Joseph Dries and Defendant Sprinklr, Inc. submitted the following deposition designations, objections, and counter designations. Accordingly, the Court rules as follows:

| Witness | Plaintiff's Designation | Objection(s) | Defendant's Counter Designation | Objection(s) to Counter-Designation |
|---|---|---|---|---|
| Ruello, Simone | 5:16-19 | | 6:1-3 | |
| Ruello, Simone | 7:4-13 | | 7:14-20 | |
| Ruello, Simone | 9:19-24 | | 8:15-9:4 | |
| Ruello, Simone | 10:6-11:7 | | 9:25-10:5 | |
| Ruello, Simone | 11:11-17 | | 11:8-10 | |
| Ruello, Simone | 11:22-12:23 | | 12:24-13:1 | |
| Ruello, Simone | 13:2-8 | | 14:20-22 | |
| Ruello, Simone | 18:18-19:13 | | | |
| Ruello, Simone | 20:5-22 | Vague, lack of foundation (FRE | | |

ORDER ON NOTICE OF DEPOSITION DESIGNATIONS RE: RUELLO - 1

| Witness | Plaintiff's Designation | Objection(s) | Defendant's Counter Designation | Objection(s) to Counter-Designation |
|---|---|---|---|---|
| | | 602) **OVERRULED** | | |
| Ruello, Simone | 21:15-22 | | | |
| Ruello, Simone | 24:23-25:15 | Relevance, character evidence (FRE 401-404), Court's in limine ruling re "investigation" **OVERRULED** | | |
| Ruello, Simone | 25:21-26:5 | Relevance, character evidence (FRE 401-404) **OVERRULED** | 26:6-27:6 | |
| Ruello, Simone | 27:13-30:18 | Relevance, character evidence (FRE 401-404) **OVERRULED** | 30:20-25 | |
| Ruello, Simone | 31:16-34:1 | | 31:7-15 | |
| Ruello, Simone | 34:18-35:14 | | 34:2-17 (Redact "Regardless of whether it resulted in a formal investigation or not" from 34:9-10) | Hearsay (FRE 801-803) **OVERRULED** |
| Ruello, Simone | 36:13-18 | | 35:15-36:7, 36:19-25 | |
| Ruello, Simone | 37:16-25 | | 38:1-4 | |
| Ruello, Simone | 39:12-21 | | 38:10-39:8 | |
| Ruello, Simone | 42:21-43:4 | Relevance, character evidence (FRE 401-404) **OVERRULED** | 40:1-22; 41: 2-42:20 | |

ORDER ON NOTICE OF DEPOSITION DESIGNATIONS RE: RUELLO - 2

| Witness | Plaintiff's Designation | Objection(s) | Defendant's Counter Designation | Objection(s) to Counter-Designation |
|---|---|---|---|---|
| Ruello, Simone | 43:24-44:17 | Relevance, character evidence (FRE 401-404) **OVERRULED** | 44:20-45:14 (Redact "or harassing" from 45:2) | |
| Ruello, Simone | 46:10-48:14 | 48:2-3 - Relevance, not a question **SUSTAINED** | 48:15-25 | |
| Ruello, Simone | 49:1-24 | | | |
| Ruello, Simone | 50:19-23 | Lack of foundation (FRE 602) **OVERRULED** | 53:4-14; 55:14-56:7; 59:24-60:15 | |
| Ruello, Simone | 67:17-68:12 | | 61:21-62:2; 63:15-19 | |
| Ruello, Simone | 69:23-70:25 | 70:7-9 and 70:13-15 – Relevance, not a question **SUSTAINED** | 64:10-25 | |
| Ruello, Simone | 71:1-11 | | 71:12-15 | |
| Ruello, Simone | 71:16-72:6 | | 72:7-14 | |
| Ruello, Simone | 75:7-76:6 | Lack of foundation (FRE 602) **SUSTAINED** | 73:2-5 | |
| Ruello, Simone | 77:1-11 | Relevance, lack of foundation (FRE 401-403, 602) **SUSTAINED** | 74:21-75:5 | |
| Ruello, Simone | 77:12-79:16 | | | |
| Ruello, Simone | 79:17-81:5 | 79:6-14, 17 – Relevance, not a question **SUSTAINED** | | |
| Ruello, Simone | 80:2-82:12 | Lack of foundation, assumes facts not in evidence (FRE 602) as to 80:6-17 **SUSTAINED** | | |

ORDER ON NOTICE OF DEPOSITION DESIGNATIONS RE: RUELLO - 3

| Witness | Plaintiff's Designation | Objection(s) | Defendant's Counter Designation | Objection(s) to Counter-Designation |
|---|---|---|---|---|
| | | 81:3-5 – Move to strike as non-responsive **OVERRULED** | | |
| Ruello, Simone | 82:17-84:23 | 82:23-25 – assumes facts **OVERRULED** 83:22—84:4 Lack of foundation, calls for speculation (FRE 602) **OVERRULED** 84:6-9 - form, calls for speculation, relevance **OVERRULED** | | |
| Ruello, Simone | 85:10-86:4 | 85:18-19 Lack of foundation (FRE 602) **OVERRULED** | 86:7-8, 86:11-18, 86:20-21 | |
| Ruello, Simone | 88:3-6 | | | |
| Ruello, Simone | 88:13-90:10 | 88:21-25 Lack of foundation (FRE 602) **OVERRULED** | | |
| Ruello, Simone | 90:17-91:16 | Relevance, lack of foundation (FRE 401-403, 602) **SUSTAINED** | 90:11-16; 91:20-92:6 | |
| Ruello, Simone | | | 28:12-16 (errata)[1] | *Hambleton Bros. Lumber Co. v. Balkin Enterprises, Inc.*, 397 F.3d 1217, 1226 (9th Cir. 2005) (upholding order |

---

[1] Defendant's designation of this testimony is contingent on the Court's overruling Defendant's objections to any testimony from Ruello's deposition about the destruction of handwritten notes. If the Court sustains Defendant's objections, Defendant will withdraw any designation of Ruello's testimony regarding her handwritten notes.

ORDER ON NOTICE OF DEPOSITION DESIGNATIONS RE: RUELLO - 4

| Witness | Plaintiff's Designation | Objection(s) | Defendant's Counter Designation | Objection(s) to Counter-Designation |
|---|---|---|---|---|
| | | | | striking deposition corrections and a declaration as a sanction when a party had violated Rule 30(e)). **SUSTAINED** |
| Ruello, Simone | | | 29:4-8 (errata)[2] | *Hambleton Bros. Lumber Co. v. Balkin Enterprises, Inc.*, 397 F.3d 1217, 1226 (9th Cir. 2005) (upholding order striking deposition corrections and a declaration as a sanction when a party had violated Rule 30(e)). **SUSTAINED** |
| Ruello, Simone | | | 29:17-19 (errata)[3] | *Hambleton Bros. Lumber Co. v. Balkin Enterprises, Inc.*, 397 F.3d 1217, 1226 (9th Cir. 2005) (upholding order striking deposition corrections and a declaration as a sanction when a party had violated Rule 30(e)). **SUSTAINED** |
| Ruello, Simone | | | 30:17 (errata)[4] | *Hambleton Bros. Lumber Co. v. Balkin Enterprises,* |

---

[2] *Id.*
[3] *Id.*
[4] *Id.*

ORDER ON NOTICE OF DEPOSITION DESIGNATIONS RE: RUELLO - 5

| Witness | Plaintiff's Designation | Objection(s) | Defendant's Counter Designation | Objection(s) to Counter-Designation |
|---|---|---|---|---|
| | | | | *Inc.*, 397 F.3d 1217, 1226 (9th Cir. 2005) (upholding order striking deposition corrections and a declaration as a sanction when a party had violated Rule 30(e)). **SUSTAINED** |
| Ruello, Simone | | | 43:4 (errata)[5] | *Hambleton Bros. Lumber Co. v. Balkin Enterprises, Inc.*, 397 F.3d 1217, 1226 (9th Cir. 2005) (upholding order striking deposition corrections and a declaration as a sanction when a party had violated Rule 30(e)). **SUSTAINED** |
| Dries, Joseph | Vol 1. 2:1—304:25 | | | |
| Dries, Joseph | Vol. 2. 2:1—60:25. | | | |

Dated this 18th day of March, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

---

[5] *Id.*

ORDER ON NOTICE OF DEPOSITION DESIGNATIONS RE: RUELLO - 6